IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIMOTHY D. NATVIK, JR.,** | ) |
| **AIS #00308811,** | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )   **CIVIL ACTION NO. 1:19-00316-JB-N** |
| | ) |
| **CYNTHIA STEWART,** *Warden III*, | ) |
|     **Defendant.** | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 10, 2020 (Doc. 17), is **ADOPTED** as the opinion of this Court. Accordingly, this action is hereby **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(b) due to the Plaintiff's failure to prosecute and obey the Court's order.

**DONE and ORDERED** this 10th day of August, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE