# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY D. NATVIK, JR., ) | |
| AIS #00308811, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:19-00316-JB-N |
| ) | |
| CYNTHIA STEWART, *Warden III*, ) | |
|     Defendant. ) | |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that this action is **DISMISSED without prejudice**, in accordance with the order entered on this date adopting the recommendation of the Magistrate Judge

**DONE and ORDERED** this 10th day of August, 2020.

                                         /s/ JEFFREY U. BEAVERSTOCK
                                       UNITED STATES DISTRICT JUDGE